IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JULIUS WESLEY KIKER** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV2-LG-RHW** |
| | § | |
| **JIM HOOD, ET AL.** | § | **RESPONDENTS** |

## JUDGMENT

This day this cause came on for hearing before the Court on Respondent's Motion to Dismiss for Failure to Exhaust [4], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss for Failure to Exhaust [4] is **GRANTED**.  Petitioner's 28 U.S.C. § 2254 habeas corpus application is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE